UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TRIKONA ADVISERS LIMITED

v                                                                                              3:11CV2015   (SRU)

RAKSHITT CHUGH, PEAK XV CAPITAL
ADVISERS, LLC, PEAK XV CAPITAL, LLC,
PEAK XV GP, LLC, PEAK XV Fundamental
Value, Limited Partnership, ARC CAPITAL, LLC,
and RAKSHITT CHUGH, Trustee of the RC
FAMILY TRUST

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on March 6, 2014, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of April 2014.

ROBIN D. TABORA, Clerk

By   /s/ Barbara Sbalbi
        Deputy Clerk

Entered on Docket _____