UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2018 JAN -5 P 4: 38

US DISTRICT COURT
BRIDGEPORT CT

TRIKONA ADVISERS LIMITED

3:11cv2015(SRU)

v.

RAKSHITT CHUGH; PEAK XV CAPITAL ADVISERS LLC;
PEAK XV CAPITAL LLC; PEAK XV GP LLC;
PEAK XV Fundamental Value Limited Partnership;
ARC CAPITAL LLC; and RAKSHITT CHUGH Trustee
of the RC FAMILY TRUST

## AMENDED JUDGMENT

This action came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for entry of judgment pursuant to Rule 58(d) of the Federal Rules of Civil Procedure.

The defendants filed a motion for entry of judgment pursuant to Rule 58(d) on August 4, 2017, and the request for entry of judgment was granted on January 3, 2018, for the sum of $59,841.11, for Rakshitt Chugh, individually, and as Trustee of the RC Family Trust; Peak XV Capital Advisers LLC; Peak XV Capital LLC; Peak XV GP LLC; Peak XV Fundamental Value Limited Partnership; and ARC Capital LLC, awarding costs.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants against the plaintiff.

Dated at Bridgeport, Connecticut, this 5th day of January 2018.

ROBERTA D. TABORA, Clerk

By/s/Rochelle Jaiman
Deputy Clerk

EOD: 1/8/2018